IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: AEROGROUP INTERNATIONAL, INC., et al.,<br><br>            Debtors.<br><br>POLK 33 LENDING, LLC,<br><br>            Appellant,<br><br>       v.<br><br>AEROGROUP INTERNATIONAL, INC. et al.,<br><br>            Appellee. | Chapter 11<br><br>Case No. 17-11962 (KJC)<br>Adv. Pro. No. 18-50715 (CSS)<br>BAP No. 19-45<br><br><br><br><br><br>C.A. No. 19-1269 (MN) |

## ORDER

WHEREAS, on August 19, 2019, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I 5) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation are anticipated because the Recommendation is consistent with the parties' request (D.I. 5 at 2); and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED this 26th day of August 2019 that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the Court ADOPTS and ORDERS the following briefing schedule purposed by the parties (D.I. 5 at 2):

Appellants' Opening Brief – September 25, 2019

Appellees' Answering Brief – October 25, 2019

Appellants' Reply Brief – November 15, 2019

_____
The Honorable Maryellen Noreika
United States District Court